JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR. | CASE NO.: 2:25-cv-02618-RFB-BNW |
| Plaintiff, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | SUBSTITUTION OF ATTORNEYS |
| Defendants. | |

TO:     ALL INTERESTED PARTIES; and

TO:     THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant, ALLSTATE INSURANCE COMPANY, hereby substitutes the law firm of KEATING LAW GROUP as counsel of record in the above-entitled action in the place and stead of the law firm RESNICK & LEWIS.

DATED: May 27, 2026.

*/s/ Michael Daly*
A Representative of
Allstate Insurance Company

1

KEATING LAW GROUP hereby consent to be substituted in the place and stead of RESNICK & LEWIS as counsel of record for Defendant in the above-entitled action.

DATED: May 20, 2026.

**K E A T I N G** LAW GROUP

*/s/ John T. Keating*
John T. Keating
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148

RESNICK & LEWIS does hereby consent to the substitution of KEATING LAW GROUP as counsel of record for Defendant in the above-entitled action.

DATED: May 20, 2026.

RESNICK & LEWIS

*/s/ Gary R. Guelker*
Gary R. Guelker, Esq.
Nevada Bar No.
8945 W. Russell Rd., Suite 330
Las Vegas, NV 89148

**IT IS SO ORDERED**

**DATED:** 10:09 am, May 29, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the KEATING LAW GROUP and that on this 28th day of May, 2026, a true and correct copy of **SUBSTITUTION OF ATTORNEYS** was served in the U.S. District Court using the CM/ECF system to all parties with an email-address on record as follows:

Ramzy P. Ladah, Esq.
Brandon P. Smith, Esq.
Ladah Law Firm
517 S. Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff

Gary R. Guelker, Esq.
Resnick & Louis
8945 W. Russell Rd., Suite 330
Las Vegas, NV 89148
Attorneys for Defendant

/s/ Amy Ebinger
Employee of **K E A T I N G** LAW GROUP

**K E A T I N G** LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

3